IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Slep-Tone Entertainment Corporation,
    Plaintiff,

    v.

Karaoke Kandy Store, Inc., et al.,
    Defendants.

Case No. 1:10-cv-00990

Judge Donald C. Nugent

## DISCLAIMER OF DAMAGES

Plaintiff, Slep-Tone Entertainment Corporation, hereby gives notice of its disclaimer of all damages in connection with this action. Plaintiff elects to proceed with this case asking solely for injunctive relief as detailed in the Complaint.

In view of the Plaintiff's disclaimer of damages, the only issues remaining for trial are equitable in nature. As such, there is no longer any right in this case to a jury trial, and Plaintiff therefore requests a bench trial of the remaining issues.

Respectfully submitted this 13th day of August, 2013.

        s/Wayne D. Porter, Jr.
        Wayne D. Porter, Jr. (#0009242)
        Law Offices of Wayne D. Porter, Jr.
        1370 Ontario Street, Suite 600
        Cleveland, Ohio 44113
        Tel:  (216) 373-5545
        Fax:  (216) 373-9289
        E-Mail: porter@porterpatentlaw.com

        James A. DeRoche (#0055613)
        Seaman Garson LLC
        614 West Superior Avenue
        16th Floor, Rockefeller Building
        Cleveland, Ohio  44113
        Tel:  (216) 696-9330
        Fax:  (216) 696-8558
        E-Mail: jdroche@garson.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013 a copy of the foregoing *DISCLAIMER OF DAMAGES* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

        s/Wayne D. Porter, Jr.
        Wayne D. Porter, Jr. (#0009242)

        Attorney for Plaintiff