

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Slep-Tone Entertainment Corp. | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-00990 |
| v. | ) | Judge Donald C. Nugent |
| Karaoke Kandy Store, Inc., et al. | ) | **DEFENDANTS' TRIAL EXHIBITS** |
| Defendants. | ) | |

# DEFENDANTS' TRIAL EXHIBITS

## August 19, 2013

### For the Court

**VOLUME 1 of 3**

1