

2013 AUG 16  PM 2: 41

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Slep-Tone Entertainment Corp. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-00990 |
| | ) | |
| v. | ) | Judge Donald C. Nugent |
| | ) | |
| Karaoke Kandy Store, Inc., et al. | ) | **DEFENDANTS' TRIAL EXHIBITS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

# <u>DEFENDANTS' TRIAL EXHIBITS</u>

### August 19, 2013

### <u>For the Court</u>

### VOLUME 2 of 3