

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Slep-Tone Entertainment Corp. | ) |
| Plaintiff, | ) Case No. 1:10-cv-00990 |
| v. | ) Judge Donald C. Nugent |
| Karaoke Kandy Store, Inc., et al. | ) **DEFENDANTS' TRIAL EXHIBITS** |
| Defendants. | ) |

# DEFENDANTS' TRIAL EXHIBITS

### August 19, 2013

### For the Court

### VOLUME 3 of 3

1