UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SLEP-TONE ENTERTAINMENT CORP., | ) | CASE NUMBER 1: 10 CV 990 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | INTERROGATORY NO. 1 |
| KARAOKE KANDY STORE, INC., et al., | ) | |
| Defendants. | ) | |

Do you find that Plaintiff proved by a preponderance of the evidence that Defendants infringed on Plaintiff's trademark(s)?

__No__ (insert in ink "YES" or "NO" according to your findings)



Foreperson

DATED: August 22, 2013